

US00D480738S

# United States Design Patent
Martin et al.

(10) Patent No.: **US D480,738 S**
(45) Date of Patent: ** Oct. 14, 2003

(54) **OVEN BODY**

(75) Inventors: **Cheryl A. Martin**, Watertown, WI (US); **Steven R. Walczak**, Hales Corners, WI (US)

(73) Assignee: **Phoenix International, Inc.**, Milwaukee, WI (US)

(**) Term: 14 Years

(21) Appl. No.: 29/163,575

(22) Filed: Jul. 5, 2002

(51) LOC (7) Cl. .................................... 15-09
(52) U.S. Cl. ...................................... D15/144
(58) Field of Search ................... D15/144, 144.1, D15/144.2; 219/137 R, 136, 138; 150/161; 221/204, 254, 267, 268, 310

(56) **References Cited**

U.S. PATENT DOCUMENTS

266,698 A * 5/1981 Holmes et al. ........... 221/254
5,266,772 A * 11/1993 Reed ..................... 219/137 R
D447,331 S 9/2001 Martin et al

* cited by examiner

Primary Examiner—Antoine Duval Davis
(74) Attorney, Agent, or Firm—Quarles & Brady, LLP

(57) **CLAIM**

The ornamental design for an oven body, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of an oven body showing our new design;
FIG. 2 is a left side elevational view thereof, the right side elevational view being a mirror image of the left side;
FIG. 3 is a back elevational view thereof;
FIG. 4 is a front elevational view thereof; and,
FIG. 5 is a top elevational view thereof.
The broken line representations in the figures do not limit the scope of the design.

**1 Claim, 2 Drawing Sheets**



Case 2:08-cv-00709-PJG    Filed 08/19/08    Page 1 of 11    Document 1-5



FIG. 1

FIG. 2

FIG. 5

Case 2:08-cv-00709-PJG   Filed 08/19/08   Page 2 of 11   Document 1-5

FIG. 3

FIG. 4



Case 2:08-cv-00709-PJG   Filed 08/19/08   Page 3 of 11   Document 1-5



## United States Design Patent
### Martin et al.

(10) Patent No.: **US D502,055 S**
(45) Date of Patent: ** Feb. 22, 2005

(54) WHEELED OVEN

(75) Inventors: **Cheryl A. Martin**, Watertown, WI (US); **Steven R. Walczak**, Hales Corners, WI (US)

(73) Assignee: **Phoenix International, Inc.**, Milwaukee, WI (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/164,759**

(22) Filed: **Jul. 30, 2002**

(51) LOC (7) Cl. ............................................. 07-02
(52) U.S. Cl. ............................................. D7/402; D7/334
(58) Field of Search ................. D7/332–337, 402–404; 126/25 R, 25 A, 25 AA, 9 R, 9 A, 9 B, 38, 40, 41 R, 26, 29–30; 99/419, 421 R, 421 H, 421 HV

### References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D258,299 S | * | 12/1978 | Klemm .................. D7/347 |
| 4,050,708 A | | 9/1977 | Samardzija et al. |
| 5,074,117 A | | 12/1991 | Stansbury |
| D335,736 S | * | 5/1993 | Isom ..................... D34/25 |
| D357,781 S | * | 4/1995 | Crinion .................. D34/19 |
| 6,036,204 A | | 3/2000 | Craft et al. |
| 6,073,944 A | | 6/2000 | Moore |
| 6,222,159 B1 | | 4/2001 | Healy |

* cited by examiner

*Primary Examiner*—Ruth McInroy
(74) *Attorney, Agent, or Firm*—Quarles & Brady LLP

(57) **CLAIM**

The ornamental design for a wheeled oven, as shown and described.

### DESCRIPTION

FIG. 1 is a perspective view of a wheeled oven showing a first embodiment of our new design;
FIG. 2 is a left side elevational view thereof;
FIG. 3 is a back elevational view thereof;
FIG. 4 is a front elevational view thereof;
FIG. 5 is a right side elevational view thereof; and,
FIG. 6 is a top sectional view thereof taken along line 6—6 of FIG. 2.
The details shown in broken lines form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**





Case 2:08-cv-00709-PJG   Filed 08/19/08   Page 4 of 11   Document 1-5



FIG. 1

Case 2:08-cv-00709-PJG    Filed 08/19/08    Page 5 of 11    Document 1-5



FIG. 2   FIG. 3

Case 2:08-cv-00709-PJG   Filed 08/19/08   Page 6 of 11   Document 1-5



US00D507928S

# United States Design Patent
## Martin et al.

(10) Patent No.: **US D507,928 S**
(45) Date of Patent: ** **Aug. 2, 2005**

(54) WHEELED OVEN

(75) Inventors: Cheryl A. Martin, Watertown, WI (US); Steven R. Walczak, Hales Corners, WI (US)

(73) Assignee: Phoenix International, Inc., Milwaukee, WI (US)

(**) Term: 14 Years

(21) Appl. No.: 29/191,102

(22) Filed: Oct. 1, 2003

### Related U.S. Application Data

(62) Division of application No. 29/164,759, filed on Jul. 30, 2002.

(51) LOC (8) Cl. ............................................. 07-02
(52) U.S. Cl. ............................................. D7/348
(58) Field of Search ................... D7/347-348, 339, D7/332, 337, 402-404; 126/19 M, 275 R, 275 E, 276; 219/391; D34/15, 24, 25, 12; 280/DIG. 6

### References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D151,008 S | * 9/1948 | Rycraft | D34/15 |
| D157,597 S | * 3/1950 | Huber | D34/26 |
| D238,299 S | 12/1975 | Klemm | |
| 4,050,708 A | 9/1977 | Samardzija et al. | |
| D270,772 S | * 9/1983 | Radencic | D34/15 |
| D293,997 S | * 2/1988 | Doyon et al. | D7/348 |
| D297,579 S | * 9/1988 | Batcham | D34/26 |
| D303,028 S | * 8/1989 | Lee | D34/15 |
| D321,964 S | * 11/1991 | Alterbaum | D34/15 |
| 5,071,147 A | 12/1991 | Stansbury | |
| D335,736 S | 5/1993 | Isom | |
| D357,781 S | 4/1995 | Crinion | |
| D391,033 S | * 2/1998 | Harris | D34/25 |
| D393,131 S | * 3/1998 | Scandalis | D34/24 |
| D414,649 S | * 10/1999 | King | D7/339 |
| 6,036,204 A | 3/2000 | Craft et al. | |
| 6,073,944 A | 6/2000 | Moore | |
| 6,222,159 B1 | 4/2001 | Healy | |
| D442,756 S | * 5/2001 | Jarvis et al. | D34/19 |
| 6,460,867 B2 | * 10/2002 | Sciulli | 280/47.26 |

* cited by examiner

*Primary Examiner*—Ruth McInroy
(74) *Attorney, Agent, or Firm*—Quarles & Brady LLP

### (57) CLAIM

The ornamental design for a wheeled oven, as shown and described.

### DESCRIPTION

FIG. 1 is a perspective view of a wheeled oven according to our new design;
FIG. 2 is a left side elevational view thereof;
FIG. 3 is a back elevational view thereof;
FIG. 4 is a front elevational view thereof;
FIG. 5 is a right side elevational view thereof; and,
FIG. 6 is a top view thereof.
The details shown in broken lines form no part of the claimed design.

**1 Claim, 4 Drawing Sheets**




Case 2:08-cv-00709-PJG   Filed 08/19/08   Page 7 of 11   Document 1-5



FIG. 1

Case 2:08-cv-00709-PJG   Filed 08/19/08   Page 8 of 11   Document 1-5



FIG. 2  FIG. 3

Case 2:08-cv-00709-PJG   Filed 08/19/08   Page 9 of 11   Document 1-5



FIG. 4

Case 2:08-cv-00709-PJG    Filed 08/19/08    Page 10 of 11    Document 1-5



FIG. 6

FIG. 5